

Gawthrop Greenwood, PC
*Attorneys at Law*

David W. deBruin
302-777-5353 ext. 227
302-777-5299 fax
ddebruin@gawthrop.com

May 11, 2021

**<u>Via CM/ECF</u>**
The Honorable Maryellen Noreika
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 19
Room 4324
Wilmington, DE 19801-3555

      **RE:** Rothschild Broadcast Distribution Systems, LLC v. Angelcam, Inc.
            1:21-cv-00626-MN
            Associated Cases: 1:21-cv-00627-MN, and 1:21-cv-00629-MN through 1:21-cv-00632-MN

Dear Judge Noreika,

    On April 30, 2021, Complaints were filed in the above referenced matters.

Unfortunately, a list of related cases was not filed with the Complaints. I apologize for the oversight and have attached the same as Exhibit "A".

    As always, I remain available at the convenience of the Court to address any questions or concerns.

                                       Respectfully submitted,

                                       */s/David W. deBruin*
                                       David W. deBruin, Esq. (DE Bar ID No. 4846)

**EXHIBIT A**
**LIST OF RELATED CASES**

**Related Cases**

| Case | Case Filing Date |
|---|---|
| Rothschild Broadcast Distribution Systems, LLC v. Angelcam, Inc. <br> 1-21-cv-00626 (DDE) | 4/30/21 |
| Rothschild Broadcast Distribution Systems, LLC v. Blackboard Inc. <br> 1-21-cv-00627 (DDE) | 4/30/21 |
| Rothschild Broadcast Distribution Systems, LLC v. CheckVideo, LLC <br> 1-21-cv-00629 (DDE) | 4/30/21 |
| Rothschild Broadcast Distribution Systems, LLC v. March Networks, Inc. <br> 1-21-cv-00630 (DDE) | 4/30/21 |
| Rothschild Broadcast Distribution Systems, LLC v. Mobile Video Solutions, Inc. <br> 1-21-cv-00631 (DDE) | 4/30/21 |
| Rothschild Broadcast Distribution Systems, LLC v. The Conference Group, LLC <br> 1-21-cv-00632 (DDE) | 4/30/21 |
| Rothschild Broadcast Distribution Systems, LLC v. LiveXLive Media, Inc. <br> 1-20-cv-00395 (DDE) | 3/19/20 |