THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ANGELCAM, INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:21-cv-00626-MN<br><br>JURY TRIAL DEMANDED |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" and/or "RBDS") files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Angelcam, Inc. with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: October 14, 2021.

                                                             Respectfully Submitted,

                                                             */s/David W. deBruin*
                                                             **David W. deBruin, Esq.**
                                                             **Gawthrop Greenwood, PC**
                                                             3711 Kennett Pike, Suite 100
                                                             Wilmington, DE 19807
                                                             302-777-5353
                                                             ddebruin@gawthrop.com

                                                            **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on October 14, 2021. Parties may access the foregoing through the Court's system.

                                                                                              */s/David W. deBruin*
                                                                                              **David W. deBruin, Esq.**